IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3165-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| OSCAR BELTRAN, | ) | |
| | ) | |
| Defendant. | ) | |

As ordered, the government has filed a status report on whether the pending Rule 35 motion is ripe. The government presents good cause showing that the motion is not ripe, and it suggests that further cooperation may be needed.

Therefore,

IT IS ORDERED that, by the close of business on Tuesday, September 4, 2007, counsel for the government shall show good cause why I should not set the Rule 35 motion for hearing. Absent a sufficient showing of good cause, I shall set the Rule 35 motion for hearing.

February 15, 2007.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge